UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | JUDGE |
| vs. | INDICTMENT |
| WILBUR W. BARR, | 18 U.S.C. §§ 922(g)(1) & 924(a)(2) |
| Defendant. | |

*[Handwritten: 2:22-CR-71 Judge Marbley]*

*[Stamp: FILED RICHARD W. NAGEL CLERK OF COURT 2022 MAY -5 PM 2:13 U.S. DISTRICT COURT SOUTHERN DIST. OHIO EAST. DIV. COLUMBUS]*

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Felon in Possession of a Firearm)**

On or about November 26, 2021, in the Southern District of Ohio, the defendant, **WILBUR W. BARR**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Heritage Rough Rider .22 caliber revolver, bearing serial number 1BH350992, and the firearm was in and affecting interstate and foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

**FORFEITURE ALLEGATION**

1. The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1).

2. Upon conviction of Count 1, the defendant, **WILBUR W. BARR**, shall forfeit to the United States all firearms and ammunition involved in that offense, specifically: a Heritage Rough Rider .22 caliber revolver, bearing serial number 1BH350992, and any associated ammunition.

Forfeiture pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

s/Foreperson
**Foreperson**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**NOAH R. LITTON (0090479)**
**Assistant United States Attorney**